THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CHARLES M. COLMEY, Respondent.

*People* v. *Colmey*, 116 App. Div. 516, affirmed.
(Argued April 8, 1907; decided April 23, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

December 28, 1906, which reversed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of attempt to commit forgery in the first degree.

*William Travers Jerome, District Attorney (E. Crosby Kindleberger* of counsel), for appellant.

*Clark L. Jordan* and *Charles Lex Brooke* for respondent.

Order affirmed; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.